# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced March 27, 2015

15-0113       IN RE CHESAPEAKE BARNETT ROYALTY LITIGATION

A stay was issued in the captioned matter on February 13, 2015. The stay covered 73 cases filed by the McDonald law firm and 24 cases filed by other counsel. The stay of the 24 cases is hereby lifted. It remains in effect for the other 73.